**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00006-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDIL ENRIQUE ERAZO ZAVALA.
  a/k/a Martin Garcia,
  a/k/a Eddy Martinez Diaz,
  a/k/a Christian Eroizo,
  a/k/a Carlos Diaz,
  a/k/a Carlos Lopez,
  a/k/a Zavala Eraza,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND SETTING
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 12) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for February 20, 2009 and the two-day jury trial set to commence on March 2, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than February 17, 2009 to set this matter for a Change of Plea Hearing.

    DATED: February  13 , 2009

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge